UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
DAVID E. OLSON,                           )
                                          )
                Plaintiff,                )
                                          )
        v.                                )        Civil Action No. 07-1584 (PLF)
                                          )
FEDERAL ELECTION COMMISSION,              )
                                          )
                Defendant.                )
_____)


ORDER

        For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

        ORDERED that Defendant Federal Election Commission's Motion to Dismiss the

Complaint [8] is GRANTED to the extent that it seeks dismissal of plaintiff's complaint for

insufficiency of service of process under Rule 12(b)(5) of the Federal Rules of Civil Procedure;

and it is

        FURTHER ORDERED that plaintiff's complaint is DISMISSED without

prejudice.

        The Clerk of this Court shall remove this case from the docket of this Court. This

is a final appealable Order. See FED. R. APP. P. 4(a).

        SO ORDERED.

                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge

DATE: March 11, 2009